UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMMY LaVINE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FLOSSIE GUELSDORF, DECEASED** | **MISC. CASE NO.** ___17-mc-03___ |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICAL COMPANY LIMITED and TAKEDA PHARMACEUTICALS U.S.A., INC.** | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, FLOSSIE GUELSDORF

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Tammy LaVine, as Personal Representative and Derivative Claimant; and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiff, Tammy LaVine, as Personal Representative and Derivative Claimant; and Takeda, as notice to the Court on __January 12, 2017__ be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND

- 2 -

SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10)

DAYS AFTER ENTRY OF THIS RECOMMENDATION.

    If there is no objection within ten (10) days of the entry of this Recommendation, the

Recommendation will become an Order.

    This   is   DONE   AND   SIGNED   in   Lafayette,   Louisiana,   this   __12th__   of

___January___, ~~2016.~~ 2017

                                                    _____
                                                    HONORABLE PATRICK J. HANNA
                                                    UNITED STATES MAGISTRATE JUDGE

- 2 -